UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JOHN CODY BALKA,<br><br>               Defendant. | CASE NO. CR18-95 RSM<br><br>**ORDER REVOKING APPEARANCE BOND AND DETAINING DEFENDANT** |

The Court conducted a detention hearing under 18 U.S.C. § 3142(f), and issued an appearance bond and order of release directing defendant enter and successfully complaint inpatient treatment. After defendant's release, the probation office filed a petition alleging defendant violated the conditions of release by being discharged from treatment due to unsatisfactory behavior. Defendant has long struggled with substance abuse problems. He currently faces allegations that he violated conditions of supervision by using controlled substances, failing to report for urine testing, and attempting to use a urine adulteration device was release. The Court accordingly revokes the appearance bond and order of release and orders defendant detained.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending disposition of this matter and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the

ORDER REVOKING APPEARANCE BOND
AND DETAINING DEFENDANT - 1

extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 19th day of February, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER REVOKING APPEARANCE BOND
AND DETAINING DEFENDANT - 2